UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                       :
WELLS FARGO BANK NORTHWEST, N.A.,
                                                       :
                    Plaintiff,              **ORDER FOR CONFERENCE**
                                                       :   **PURSUANT TO RULE 16(a)**
          -v.-
                                                       :   09 Civ. 7313 (BSJ)(FM)
SUNDOWNER ALEXANDRIA, LLC,
                                                       :
                    Defendant.              ┌─────────────────────────────┐
                                                       :   │ USDC SDNY                   │
------------------------------------------------------------x   │ DOCUMENT                    │
                                                            │ ELECTRONICALLY FILED        │
                                                            │ DOC #: _____              │
**FRANK MAAS**                                              │ DATE FILED: 12/16/09        │
**UNITED STATES MAGISTRATE JUDGE.**                         └─────────────────────────────┘

     This action is scheduled for an initial case management conference in accordance with

Fed. R. Civ. P. 16(a), on January 22, 2010, at 4:00 p.m., in Courtroom 20A, 500 Pearl Street,

New York, New York.

     **AT THE CONFERENCE**, the parties must be prepared to discuss the subjects set forth

in subdivisions (b) and (c) of Rule 16.

     **THREE BUSINESS DAYS PRIOR TO THE CONFERENCE**, the parties shall

submit a proposed Scheduling Order to the Court in Word or WordPerfect format.  The proposed

order is to be e-mailed to maasnysdchambers@nysd.uscourts.gov , and shall contain the

following:

     1.    the date of the conference and the appearances for the parties; including the

           individual attorney's name, the law firm's name, the party(ies) represented,

           business address, and business phone number;

     2.    a concise statement of the issues as they then appear;

     3.    a schedule including:

a.     the names of persons to be deposed and a schedule of planned depositions;

b.     a schedule for the production of documents;

c.     dates by which (i) each expert's report* will be supplied to the adversary, and (ii) each expert's deposition will be completed;

d.     a date prior to the conclusion of discovery when a telephonic status conference with counsel to the parties and the Court will be held;

e.     a date when discovery is to be completed;

f.     a date following the conclusion of discovery when a settlement conference will be held;

g.     the date by which pretrial motions, if any, will be filed;

h.     the date by which plaintiff(s) will supply pretrial order materials to defendant(s);

i.     the date by which the parties will submit a joint pretrial order, which should be in accordance with procedures of the judge before whom the trial will be conducted; and

4.     a statement of any limitations to be placed on discovery, including any protective or confidentiality orders;

5.     a statement of any issues relating to electronically-stored information or the forms in which it is to be produced;

6.     a statement of any other discovery issues as to which counsel, after a good faith

---

*Each expert's report is to set forth not merely the expert's qualifications and conclusions, but also the facts on which the expert relies and the process of reasoning by which the expert's conclusions are reached.

effort, were unable to reach an agreement;

7.      anticipated fields of expert testimony, if any;

8.      anticipated length of trial and whether, and by whom, a jury has been requested;

9.      an acknowledgment that courtesy copies of all motion papers, marked as such, should be submitted to Chambers, even if the papers gave been filed electronically.

10.     a statement that the Scheduling Order may be altered or amended only on a showing of good cause not foreseeable at the time of the conference or when justice so requires;

11.     provision for approval of the Court and signature line for the Court.


SO ORDERED


Dated:  New York, New York
        December 16, 2009


                                    _____
                                    FRANK MAAS
                                    United States Magistrate Judge

3

Copies to:

Honorable Barbara S. Jones
United States District Judge

John M. Toriello, Esq./Marc L. Antonecchia, Esq.
Holland & Knight LLP
195 Broadway
New York, New York 10007
Via Facsimile @(212) 385-9010

Jill Levi, Esq.
Todd & Levi, LLP
444 Madison Avenue, Suite 1202
New York, New York 10022
Via Facsimile @(212) 308-8450

4